1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ERICKA MITCHELL, and all others similarly situated, | Case No. CV 11-2818-JAK (FMOx) |
|---|---|
| Plaintiffs, | **ORDER ADOPTING STIPULATION AND  PROTECTIVE ORDER** |
| v. | **Judge: Hon. John A. Kronstadt** <br> **Magistrate: Hon. Fernando M. Olguin** |
| CROSSMARK, INC.; CHI MANAGEMENT GROUP, LP; and DOES 1 through 50, inclusive, | **NOTE CHANGES MADE BY THE COURT.** |
| Defendants. | |

Having reviewed the Stipulated and Proposed Protective Order filed herewith, and good cause appearing for the adoption thereof,

IT IS HEREBY ORDERED that the terms of the Stipulated Protective Order are adopted by this Court as modified.


Dated:  8/12/11                                  _____/s/_____
                                                 Honorable Fernando M. Olguin
                                                 United States Magistrate Judge

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                              By: */s/ Benjamin James Morris*
                                                    Benjamin James Morris
                                                    bmorris@fr.com